UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **N O T I C E** |
| Vs. | CASE NO. 3:25-cr-00055-MOC-DCK |
| **Nicole Elizabeth Pizzi** | |

Type of Case: ☐ Civil ☒ Criminal

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse<br>204 Charles R. Jonas Federal Building<br>401 West Trade Street<br>Charlotte, NC 28202 | **Courtroom: #1B**<br>**Presider:** Susan C. Rodriguez<br>**DATE:** May 19, 2025<br>**TIME:** 10:40 am |

TYPE OF PROCEEDING: **INITIAL APPEARANCE**

Katherine Hord Simon, Clerk
United States District Court

DATED: May 1, 2025

Copies to: U.S. Attorney
U.S. Marshal
U.S. Probation Office