IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE PIZZI,<br><br>Defendant. | 3:25-cr-55 |

## UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE

Ms. Nicole Pizzi, through counsel, respectfully requests that this Court continue the currently scheduled trial and motions deadline in this case. As grounds, the Defense states the following:

1. Ms. Pizzi made her initial appearance on May 19, 2025, on a Four-Count Indictment, charging her with Interference with Flight Crew Members and Attendants, in violation of 49 U.S.C. 46504 (Count 1) and Assault by Striking, Beating, or Wounding, in violation of 18 U.S.C. 113(a)(4) (Counts 2-4). On that same date, Ms. Pizzi was arraigned. Ms. Pizzi appeared out of custody, as bond conditions had previously been set in Western District of Pennsylvania during a Rule 5 hearing.

2. This matter is currently scheduled for a Docket Call on September 2, 2025.

3. Counsel will need additional time to conduct investigation and plea negotiations, to review discovery with Ms. Pizzi and otherwise prepare for trial, or in the alternative, to research the legal and factual issues surrounding Ms. Pizzi's criminal history to advise her of his likely sentencing outcome upon a plea, or in the event she is convicted at trial.

1

4. The Government does not oppose this motion.

**WHEREFORE**, Ms. Pizzi respectfully requests this Court continue the currently scheduled trial and motions deadline in this case.

Respectfully submitted,

*/s/ Kelly M. Sullivan*
Kelly M. Sullivan
GA Bar No. 293123
Assistant Federal Public Defender
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: Kelly_sullivan@fd.org