IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE PIZZI,<br><br>Defendant. | 3:25-cr-55 |

**UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE**

Ms. Nicole Pizzi, through counsel, respectfully requests that this Court continue the currently scheduled trial and motions deadline in this case. As grounds, the Defense states the following:

1. Ms. Pizzi made her initial appearance on May 19, 2025, on a Four-Count Indictment, charging her with Interference with Flight Crew Members and Attendants, in violation of 49 U.S.C. 46504 (Count 1) and Assault by Striking, Beating, or Wounding, in violation of 18 U.S.C. 113(a)(4) (Counts 2-4). On that same date, Ms. Pizzi was arraigned. Ms. Pizzi appeared out of custody, as bond conditions had previously been set in Western District of Pennsylvania during a Rule 5 hearing.

2. This matter is currently scheduled for a Docket Call on November 3, 2025.

3. Counsel hired an expert to evaluate Ms. Pizzi. The defense is waiting on her report to potentially utilize in plea negotiations and/or at sentencing. The report will not be finished by the currently scheduled docket call.

4. The Government does not oppose this motion.

1

**WHEREFORE**, Ms. Pizzi respectfully requests this Court continue the currently scheduled trial and motions deadline in this case.

Respectfully submitted,

*/s/ Kelly M. Sullivan*
Kelly M. Sullivan
GA Bar No. 293123
Assistant Federal Public Defender
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: Kelly_sullivan@fd.org