IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CR-055-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| NICOLE ELIZABETH PIZZI, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Modify Conditions Of Release" (Document No. 15) filed September 29, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

By the instant motion, Defendant requests that the Court modify her conditions of release by (1) removing the requirement of home detention with location monitoring and (2) adding a condition stating: "[T]he Defendant shall abide by a curfew when and if directed to do so by her supervising probation or pretrial services officer. If a curfew is imposed by the supervising officer, the Defendant shall be inside her residence during the appointed times." (Document No. 15).

Respectfully, the undersigned has concerns about the requested relief. Having carefully considered the record of this case, including the nature of the pending charges and Defendant's criminal history, the undersigned is not persuaded that the proposed modifications will reasonably assure the safety of the community. Accordingly, the undersigned will respectfully deny the instant request.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Modify Conditions Of Release" (Document No. 15) is **DENIED**.

**SO ORDERED**.

Signed: October 1, 2025

David C. Keesler
United States Magistrate Judge